# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2018-0065, <u>K. W. Clauson v. Richard Vidal & a.</u>, the court on February 22, 2019, issued the following order:**

Having considered the brief and reply memorandum of law filed by the plaintiff, K.W. Clauson, the memorandum of law filed by the defendants, Richard Vidal and Dale Vidal, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

In a prior order we ruled that the plaintiff's appeal is timely in so far as it challenges a January 26, 2018 order and an April 5, 2018 order of the Superior Court (<u>Bornstein</u>, J.). In its January 26 order, the trial court denied the plaintiff's motion for reconsideration of its December 22, 2017 order and denied his motion for hearing or interlocutory appeal or a change in venue. In its denial, the court stated that the case was closed and that a final order had already been entered. In its April 5, 2018 order, the court denied the plaintiff's request for an evidentiary hearing and for a change in venue.

It is the burden of the appealing party, here the plaintiff, to provide this court with a record sufficient to decide his issues on appeal. <u>See</u> <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004); <u>see also</u> <u>Sup. Ct. R.</u> 13. The plaintiff has not met this burden by, for instance, providing, as part of the appellate record, the trial court's final judgment or any of the motions or oppositions thereto that led to the trial court orders he challenges.

Absent a sufficient record, we must assume that the evidence was sufficient to support the trial court's decision, and our review is limited to legal errors apparent on the face of the record. <u>Rix v. Kinderworks Corp.</u>, 136 N.H. 548, 553 (1992). Because the plaintiff has also failed to persuade us that the trial court committed legal error when it issued its January 26, 2018 and April 5, 2018 orders, we uphold them. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Lynn, C.J., and Hicks, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,**
**Clerk**
